

FILED
CLERK, U.S. DISTRICT COURT
09/15/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DM___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

January 2020 Grand Jury

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

DAVID LINEHAN,

        Defendant.

CR 2:20-cr-00417-ODW

I N D I C T M E N T

Title 18, U.S.C., Sec. 1513(a) – Retaliating Against a Witness; Title 18, U.S.C., Sec. 373 – Solicitation to Commit a Crime of Violence; Title 18, U.S.C. Section 2 – Aiding and Abetting

The grand jury charges:

### Count 1

In or about May 2020, and continuing through in or about August 2020, within the Central District of California, and elsewhere, defendant DAVID LINEHAN, did knowingly attempt to kill D.S. with intent to retaliate against D.S. for testimony given by and attendance of D.S. at an official proceeding, to wit: the jury trial in *United States v. David Linehan*, CR 19-00016(A)-PA; in violation of Title 18, United States Code, Sections 1513(a) and 2.

### Count 2

In or about May 2020, and continuing through in or about August 2020, within the Central District of California, and elsewhere, defendant DAVID LINEHAN, with the intent that another person engage in

CED:9/14/20

conduct constituting a felony that has as an element the use, attempted use, and threatened use of physical force against the person of another in violation of the laws of the United States, to wit: the transportation of an explosive device in interstate commerce with the knowledge and intent that it will be used to kill, injure, and intimidate D.S., in violation of Title 18, United States Code, Section 844(d), and under circumstances strongly corroborative of that intent, did solicit, command, induce, and otherwise endeavor to persuade such other person to engage in such conduct; all in violation of Title 18, United States Code, Sections 373(a) and 2.

September 15, 2020.

A TRUE BILL:

/S/
Foreperson

ROBERT S. BREWER, JR.
United States Attorney
Southern District of California

By: *[signature: Carling Donovan]*
CARLING E. DONOVAN
Special Attorney

2