# EXHIBIT B

**United States of America   V.   David Linehan**

*(Victim Statement by Sergeant 1st Class David Sims)*

Thank you, your Honor, for allowing me the opportunity to address this Court.

I apologize that due to an emergency family situation I am unable to appear in person. I would like to share the following information with the court.

I met David Linehan in my official capacity as a State Trooper for the great state of Florida. Ever since April 1989 I have regretted that meeting.

Due to Linehan's lies, and mis truths I have endured a COUNTLESS amount of harassment, belittling, false accusations to my employer, cyber bullying, death threats, threats of harm to my family members, death threats to my coworkers, and solicitation to kill me.

Linehan has disguised himself as police officer to my headquarters dispatch center and was able to obtain my home telephone number and left threatening messages on my then answering machine. Linehan has made several death threats on my official work e- mail (e -mail is public record).

Linehan has threatened U.S. Government Property and has fought with officials in several countries.

Linehan has NO remorse for any of his actions and continues to blame the Justice system and others for HIS crimes. He has yet to show ANY repentance and continues to thumb his nose at any and all authority figures, and any standard of decent conduct.

Linehan has a severe issue in blaming others for his crimes and mis deeds.

Linehan is nothing more than a bully that obtains pleasure by attempting to intimidate, use scare tactics, and continue to commit crimes even from Prison.

I have a well-established fear that if Linehan is not kept incarcerated that he will indeed carry out his threats and commit the ultimate crime of murder against me or my family.

Linehan has established himself as an unstable individual and in my opinion, is in desperate need of psychiatric treatment.

At the very least I would sincerely request that Linehan be incarcerated for the maximum number of years, and formal supervised probation upon his release. Upon his release I would respectfully request a Restraining Order be put in place keeping him and or any 3rd party away from me and my entire family. That he be prohibited from utilizing any phone device, computer, e mail, URL Forwarding service, US Mail, and package delivery system without notification and permission from the appropriate Probation Officer. That every effort is made that my and my family's whereabouts are kept confidential. I would further request that while incarcerated that his phone calls, and mail be closely monitored.

All the above is a direct result from a Traffic Infraction Citation in 1989.

Sincerely,

*[signature]*

Sergeant 1st Class David Sims

    Florida Highway Patrol