UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 20-00417-ODW |
| | ) | |
| Plaintiff, | ) | JUDGMENT AND COMMITMENT ORDER |
| | ) | FOLLOWING PROBATION OF SUPERVISED |
| v. | ) | RELEASE |
| | ) | |
| David Linehan, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On Monday, August 25 2025, the matter came on regularly for hearing on the Petition for Revocation of Probation and Supervised Release filed on June 6, 2025. Appearing on behalf of the Defendant was Daniel A Nardoni, Federal Indigent Defense Panel, and appearing by zoom on behalf of the Government was Assistant United States Attorney Carling Donovan.  Also present was Probation Officer Carlos Reyes and Aleksander Galustov, supervisor, USPO.

The defendant, after having been advised of the allegation as contained in the Petition, admitted to the truthfulness of allegation No. Two as contained in the Petition. The government moves to dismiss allegation No. One.

///

The Court found the Defendant to have violated the terms and conditions of Supervised Release as set forth in the Judgment and Probation/Commitment Order of the United States District Court for the Central District of California filed on September 13, 2021.The Court ORDERS the Supervised Release, revoked.

It is adjudged that Defendant, David Linehan, is hereby committed to the custody of the **Bureau of Prisons for a term of twenty (20) months.**  Upon release from imprisonment defendant shall be placed on **supervised release for a term of eighteen (18) months as to Count 2** and concurrent to the term of imprisonment imposed in Criminal case: CR 19-00016-PA, originally imposed, with the following additional conditions:

• The Offender shall not batter, stalk, harass, intimidate, or threaten Nasrin Thierer, or her family members. The offender shall not enlist someone else to batter, stalk,harass, intimidate, or threaten Nasrin Thierer, or her family members. The offender shall not telephone or send US mail to Nasrin Thierer and shall stay at least 100 yards away from her place of employment or residence.

• The Offender shall report to the Probation Office within 72 hours of being released from any period of custody.

• The Offender shall reside for a period not to exceed 180 days in a residential reentry center (community corrections component), as directed by the Probation Officer and shall observe the rules of that facility; the cost shall be waived.

• The offender shall participate for a period of 12 months in a home detention program which may include electronic monitoring, GPS, Alcohol Monitoring Unit or automated identification system and

2

shall observe all rules of such programs, as directed by the Probation Officer. The cost of the program shall be waived.

It is ordered that the clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer

Dated: August 25, 2025

_____
OTIS D. WRIGHT, II
United States District Judge

3